■ In the Matter of RAYMOND LEWANDOWSKI, Appellant, v EDWARD J. MAHONEY et al., Constituting the Erie County Board of Elections, and NORMAN M. BAKOS, Respondents.—Judgment unanimously affirmed, without costs, on the opinion at Special Term, Kronenberg, J. (Appeal from judgment of Erie Supreme Court—art 78.) Present—Marsh, P. J., Cardamone, Dillon and Witmer, JJ. (Decided Oct. 25, 1977.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v JEFFREY HILDRETH, Defendant.—Motion for change of venue denied. Memorandum: On this application it does not appear that a fair trial cannot be had in Monroe County, and at this time we deem the motion premature (see *People v Di Piazza,* 24 NY2d 342; *People v Hatch,* 46 AD2d 721; *People v Sekou,* 45 AD2d 982). Present—Marsh, P. J., Cardamone, Dillon and Witmer, JJ.